IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT CROSSLEY,<br><br>           Plaintiff,<br><br>     v.<br><br>DR. ARYA,<br><br>           Defendant. | Case No. 2:23-cv-03045-DJC-CSK<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO OPT OUT OF POST-SCREENING ADR PROJECT** |

Pending before the court is defendant's motion to opt out of the Post-Screening ADR Project. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out of the Post-Screening ADR Project (ECF No. 16) is granted;
2. The stay of this action is lifted; and
3. Defendant shall file a response to plaintiff's complaint within thirty days from the date of this order.

Dated: May 13, 2024

*/s/ Chi Soo Kim*
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

2:cross3045.opt