UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT CROSSLEY,<br><br>          Plaintiff,<br><br>     v.<br><br>DR. ARYA,<br><br>          Defendant. | No. 2:23-cv-3045 DJC CSK P<br><br><br>ORDER |

Pursuant to the mailbox rule, on June 4, 2024 Plaintiff filed an opposition to the Magistrate Judge's May 29, 2024 order denying Plaintiff's motion for appointment of counsel. This Court construes Plaintiff's opposition as a request for reconsideration of the May 29, 2024 order. Pursuant to E.D. Local Rule 303(f), a Magistrate Judge's orders shall be upheld unless "clearly erroneous or contrary to law." *Id*. Upon review of the entire file, the Court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law.

////
////
////
////
///

1

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 29, 2024, is affirmed.  This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:  **August 1, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Cross3045.850