UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT CROSSLEY,<br>    Plaintiff,<br>     v.<br>ARYA,<br>    Defendant. | Case No.:  2:23-cv-03045-DJC-CSK (PC)<br><br>**ORDER** |

On May 29, 2024, Magistrate Judge Chi Soo Kim signed an order denying Plaintiff's Motion to Appoint Counsel, ECF No. 19.  *See* ECF No. 20.  On June 4, 2024, Plaintiff filed an Opposition to Judge Kim's Order.  *See* ECF No. 23.  This Court construed Plaintiff's Opposition as a request for reconsideration, and on August 1, 2024, affirmed the Magistrate Judge's decision.  *See* ECF No. 24.  Now before the Court is Plaintiff's Motion Seeking Ruling.  *See* ECF No. 25.

///

///

///

Having previously ruled on Plaintiff's Request for Reconsideration, Plaintiff's Motion Seeking Ruling (ECF No. 25) is DENIED as moot.

IT IS SO ORDERED.

Dated:  September 11, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE