UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT CROSSLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. ARYA,<br><br>　　　　Defendant. | No. 2:23-cv-3045 DJC CSK P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is defendant's motion to stay all pretrial deadlines. (ECF No. 36.) For the following reasons, defendant's motion is granted.

The discovery deadline was October 11, 2024. (ECF No. 22.) The pretrial motion deadline is January 3, 2025. (Id.) On November 18, 2024, plaintiff filed a motion to amend his complaint and a proposed amended complaint. (ECF Nos. 31, 32.) Plaintiff seeks leave to identify the doe defendant named in the complaint. (Id.) On December 10, 2024, defendant filed an opposition to plaintiff's motion to amend. (ECF No. 35.)

In the pending motion, defendant requests that all pretrial deadlines be stayed until the Court rules on plaintiff's motion to amend. (ECF No. 36.) Good cause appearing, defendant's motion is granted. However, rather than staying the pretrial motion deadline, this Court orders that deadline vacated. The pretrial motion deadline will be reset following resolution of

plaintiff's motion to amend.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to stay all pretrial deadlines (ECF No. 36) is granted; and

2. The January 3, 2025 pretrial motion deadline is vacated. It will be reset following resolution of plaintiff's motion to amend.

Dated: December 17, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Cross3045.vac

2