UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT CROSSLEY,<br><br>           Plaintiff,<br><br>     v.<br><br>DR. ARYA,<br><br>           Defendant. | No.  2:23-cv-3045 DJC CSK P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  For the following reasons, defendant Arya is ordered to respond to the amended complaint.

　　　　On June 12, 2024, defendant Arya filed an answer to the original complaint.  (ECF No. 21.)  On May 21, 2025, this Court granted plaintiff's motion to file an amended complaint identifying the doe defendant as Jenny Pascua.  (ECF No. 45.)  As discussed in the May 21, 2025 order, the claims in the amended complaint against defendants Arya and Pascua are virtually identical to the claims in the original complaint against defendant Arya and the doe defendant.  (Id.)  In the May 21, 2025 order, this Court found that the amended complaint stated potentially colorable Eighth Amendment and medical malpractice claims against defendant Pascua.  (Id.)  This Court separately orders service of defendant Pascua.

///

1

The amended complaint states potentially colorable Eighth Amendment and state law medical malpractice claims against defendant Arya.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, defendant Arya shall file a response to the amended complaint.

Dated: May 27, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Cross3045.ord(2)/2

2