IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAMONT CROSSLEY,**<br><br>                                   Plaintiff,<br><br>          v.<br><br>**A. ARYA, M.D.,**<br><br>                                   Defendant. | Case No. 2:23-cv-03045-DJC-CSK<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

On June 19, 2025, defendant Arya applied for an order extending his responsive pleading deadline from June 26, 2025, by twenty-one (21) days, up to and including July 17, 2025.  IT IS HEREBY ORDERED that:

    1. Defendant's motion for an extension of time (ECF No. 52) is granted; and

    2. Defendant shall file a response to plaintiff's amended complaint on or before July 17, 2025.

No further extensions of time to file a responsive pleading will be granted.


Dated:  June 24, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Cross3045.eot/2

1