UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMONT CROSSLEY,

          Plaintiff,

   v.

DR. ARYA, et al.,

          Defendants.

No.  2:23-cv-3045 DJC CSK

ORDER

On February 6, 2026, Plaintiff filed a request for reconsideration of the Magistrate Judge's order filed January 28, 2026 denying Plaintiff's motion for appointment of counsel.  Pursuant to E.D. Local Rule 303(f), a Magistrate Judge's orders shall be upheld unless "clearly erroneous or contrary to law." *Id*.  Upon review of the entire file, the Court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed January 28, 2026, is affirmed.  This matter is referred back to the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated:   **February 27, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

1