IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAMONT CROSSLEY,**<br>Plaintiff,<br>**v.**<br>**DR. ARYA, et al.,**<br>Defendants. | Case No. 2:23-cv-03045-DJC-CSK (PC)<br>**ORDER** |

On November 3, 2026, defendants Pascua and Arya filed a request for a fourteen-day extension of time to file a reply to Plaintiff's opposition to Defendants' motion for summary judgment. Having read and reviewed Defendants' request, and finding good cause therein, Defendants' request for an extension is GRANTED.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for extension of time (ECF No. 76) is granted.
2. Defendants shall have up to, and including, November 18, 2026 to file a reply to Plaintiff's opposition to Defendants' motion for summary judgment.

Dated: November 04, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Cross3045.eot(d)/2